**FILED**

05/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0249

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0249



FILED

MAY 20 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

WILLIAM LOREN SADDLER,

      Petitioner,

    v.

                        O R D E R

JAMES SALMONSEN, Warden, Montana State
Prison,

      Respondent.

    William Loren Saddler has filed a verified Petition for Writ of Habeas Corpus with supporting documents. Upon review, we deem it appropriate to direct a response to Saddler's claim that he entitled to 347 days' credit for time served.

    IT IS THEREFORE ORDERED that the Attorney General or counsel for the Department of Corrections is granted thirty days from the date of this Order in which to file and serve a written response to the petition, together with appropriate documentary exhibits.

    The Clerk is directed to provide a copy of this Order to the Attorney General, to the Department of Corrections, and to William Loren Saddler individually.

    Dated this 20th day of May, 2022.

                                                Justice